Scott Andrew WITZKE, Appellant,

v.

J. Earl CUDD, United States Magistrate Judge, in his individual capacity for money damages and in his official capacity for declaratory relief, Appellee.

No. 01–1080.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 4, 2001.

Decided Sept. 10, 2001.

Before HANSEN, FAGG, and BEAM, Circuit Judges.

PER CURIAM.

Scott Andrew Witzke appeals the district court's dismissal of Witzke's complaint on the ground of absolute judicial immunity. Having carefully reviewed the record and the parties' briefs, we affirm

for the reasons stated in the district court's opinion. *See* 8th Cir. R. 47B.